UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA
    -AGAINST-

Brandon Kern

**Defendants**
----------------------------------------------X
BROWN              , District Judge

**ORDER OF REFERRAL**
CASE NUMBER 23cr 466

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 21 2023 ★
LONG ISLAND OFFICE

The above-referenced criminal case is hereby referred to Magistrate Judge ___Dunst___ for the following purposes.

- [✓] 1. To conduct arraignments and bail hearings;
- [ ] 2. Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;
- [ ] 3. With consent of the parties as indicated below, to select a jury of
- [ ] 4. Defendant's motion.

SO ORDERED.

/s/ Gary R. Brown
**United States District Judge**

Dated: 11/21/2023
Central Islip, N.Y.

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated: 11/22/23
Central Islip, N.Y.

_____
**Defendant**

_____
**Counsel for defendant**

_____
**Assistant U.S. Attorney**

/s/Lee G. Dunst
**UNITED STATES MAGISTRATE JUDGE**