BEFORE: LEE G. DUNST  DATE: 11/22/2023
UNITED STATES MAGISTRATE JUDGE  TIME: 11:00AM

## CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT

**DOCKET No.** 23-CR-466 (GRB)

**DEFENDANT:** Brandon Kern  **DEF. #**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2023 ★
LONG ISLAND OFFICE

**DEFENSE COUNSEL:** Joseph Ferrante
☐ Federal Defender  ☒ CJA  ☐ Retained

**A.U.S.A.:** Samantha Alessi

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL: Amanda Sanchez

COURT REPORTER / FTR LOG: 11:52-12:03  MAGISTRATE DEPUTY: CT

☒  Case called  ☒  Counsel for all sides present

☒  Initial Appearance ☒  Arraignment on Indictment

☒  Defendant arraigned, informed of rights, and enters a plea of **NOT GUILTY** to all counts

☒  Waiver of Speedy Trial executed; time excluded from 11/22/2023 through 12/19/2023

☐  Order Setting Conditions of Release and Bond entered.

☒  Permanent Order of Detention entered.

☐  Temporary Order of Detention entered.

  ☐  Detention Hearing scheduled for:

☐  Bail Hearing held.  Disposition:

☒  Next Court appearance scheduled for 12/19/2023 at 11:00AM before Judge Brown

Defendant ☐ Released on Bond;  ☒ Remains in Custody.

OTHER:  Defendant waives a public reading of the indictment. A Rule 5F has been entered. Defendant remanded to USMS custody.